3

JAN P. JOHNSON
Standing Chapter 13 Trustee
Kristen A. Koo, State Bar #230856
Karin M. Bruce, State Bar #292245
P. O Box 1708
Sacramento, CA 95812-1708
(916) 239-6666
pobox1708@jpj13trustee.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| IN RE:<br><br>LEAMON KING JR,<br><br><br><br><br>　　　　　　　　Debtor(s) | CASE NO. 15-26955-B13J<br>MC NO.: JPJ-1<br><br>**NOTICE OF DEFAULT AND APPLICATION TO DISMISS**<br><br>DATE: NONE REQUESTED |

　　Jan P. Johnson, the Standing Chapter 13 Trustee in the above referenced case, submits this application to the court to dismiss this case as provided by Local Bankruptcy Rule 3015-1(g) on the following grounds:

Debtor has failed to make all payments due under the plan. As of February 25, 2016, payments are delinquent in the amount of $2,214.30. In order to discharge this Notice of Default, you must cure this delinquency **AND** make all subsequent payments that are due within the next 30 days. Because your next payment of $1,105.86 will become due on March 25, 2016, the **TOTAL amount you must pay by March 27, 2016 is $3,320.16.**

**THIS CASE WILL BE DISMISSED** unless you, THE DEBTOR, do one of the following:

　(1) If you believe there is no default, file a **written** objection with the court by March 25, 2016 and set it for hearing with at least 14 days notice of the hearing to the Trustee pursuant to Local Bankruptcy Rule 9014-1(f)(2). If, at the hearing the court decides that there is a default in payments, the case could be dismissed despite your objection.
　(2) Admit that there is a default in payments and **pay the delinquent amount PLUS ALL SUBSEQUENT PAYMENTS THAT HAVE FALLEN DUE TO THE TRUSTEE**. The TOTAL amount due is $3,320.16.
　(3) Admit there is a default in payments and, **WITHIN THIRTY (30) DAYS**, file a modified plan and a motion to confirm it. If you have had a change in your financial condition, you must also file amended Schedules I and J and serve them with the motion. The motion to confirm the modified plan must be served at least 35 days prior to the hearing pursuant to Federal Rule of Bankruptcy Procedure 3015(g) and Local Bankruptcy Rule 9014-1(f)(1).

If you fail to set a hearing on the Trustee's notice, or cure the default by payment, or file a proposed modified chapter 13 plan and motion, or perform the modified chapter 13 plan pending its approval, or obtain approval of the modified chapter 13 plan, all within the time constraints set out above, the case shall be dismissed without a hearing on the Trustee's application.

**IT IS YOUR RESPONSIBILITY** to be sure the Trustee receives your **written** objection by March 25, 2016; or, your motion to modify or full payment by March 27, 2016. Telephone calls to the Trustee are not sufficient.

**YOU SHOULD CONSULT WITH YOUR ATTORNEY IF YOU HAVE ONE.**

Dated:   February 26, 2016

/s/ Karin M. Bruce
Attorney for Trustee

JAN P. JOHNSON
Standing Chapter 13 Trustee
Kristen A. Koo, State Bar #230856
Karin M. Bruce, State Bar #292245
P. O Box 1708
Sacramento, CA 95812-1708
(916) 239-6666
pobox1708@jpj13trustee.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| IN RE | ) | CASE NO. 15-26955-B13J |
|---|---|---|
| LEAMON KING JR, | ) | MC NO.: JPJ-1 |
| | ) | **NOTICE OF RECEIPTS** |
| | ) | |
| | ) | |
| Debtor(s) | ) | DATE: NONE REQUESTED |

| DATE | DESCRIPTION | SOURCE | AMOUNT |
|---|---|---|---|
| 10/26/15 | CASHIERS CHECK / MONEY ORDER | 03035 | $ 1,105.00 |
| 12/1/15 | CASHIERS CHECK / MONEY ORDER | 03249 | $ 1,105.00 |
| 12/21/15 | CASHIERS CHECK / MONEY ORDER | 03392 | $ 1,105.00 |

Total:   $ 3,315.00

Dated:   February 26, 2016

/s/ Karin M. Bruce
Attorney for Trustee