```
1
JAN P. JOHNSON
Standing Chapter 13 Trustee
Kristen A. Koo, State Bar #230856
Karin M. Bruce, State Bar #292245
P. O Box 1708
Sacramento, CA 95812-1708
(916) 239-6666
pobox1708@jpj13trustee.com
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | | |
|---|---|---|
| IN RE | ) | CASE NO. 15-26955 B13 |
| LEAMON KING JR, | ) | MC NO.: JPJ-1 |
| | ) | |
| | ) | **ORDER DISMISSING CASE** |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

THE COURT FINDS that the Trustee filed a NOTICE OF DEFAULT AND APPLICATION TO DISMISS in the above referenced case. Debtor(s) have failed to cure the default, file a written objection and request a hearing, file a motion to modify their plan, perform the terms of the proposed modified plan pending its approval, or obtain approval of the modified plan, all within the time constraints allowed.

IT IS HEREBY ORDERED that the case is dismissed.

**Dated:** April 15, 2016

Christopher D. Jaime, Judge
United States Bankruptcy Court

Page 1 of 1

RECEIVED
April 13, 2016
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005773731