Jan P. Johnson, Standing Chapter 13 Trustee
Kristen A. Koo, State Bar #230856
Karin M. Bruce, State Bar #292245
P. O Box 1708
Sacramento, CA 95812-1708
(916) 239-6666
pobox1708@jpj13trustee.com

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

Re: LEAMON KING JR, ) CASE NO. 15-26955 B13
)
)
) **CERTIFICATE OF SERVICE**
)
)
Debtor(s) )

I hereby certify that I am employed in the County of Sacramento, am over the age of eighteen years and am not a party to the within cause of action. My business address is P.O. Box 1708, Sacramento, CA 95812.

On April 22, 2016 I served a copy of the NOTICE OF FILED CLAIMS on the interested parties by placing a true copy thereof in a sealed envelope with the postage theron fully prepaid with the Trusteeship's mail room personnel for mailing in the United States mail at Sacramento, California in accordance with the Trusteeship's ordinary practices, addressed as set forth below:

LEAMON KING JR
5345 48TH ST
SACRAMENTO, CA 95820


FRALEY & FRALEY
1401 EL CAMINO AVE
SUITE 370
SACRAMENTO, CA 95815-2747

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on 4/22/2016 at Sacramento, California.

/s/ Danielle Yates

Declarant