United States Bankruptcy Court
Eastern District of California

In re:  
Leamon King  
    Debtor

Case No. 15-26955-B  
Chapter 13

## CERTIFICATE OF NOTICE

```
District/off: 0972-2          User: admin              Page 1 of 1                  Date Rcvd: Nov 21, 2016
                              Form ID: L160            Total Noticed: 11
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2016.
```
db              +Leamon King, Jr.,    5345 48th Street,    Sacramento, CA 95820-5313
aty              Gary Ray Fraley,    1401 El Camino Ave #370,    Sacramento, CA  95815-2747
aty             +Mehrdaud Jafarnia,    1770 Fourth Ave,    San Diego, CA 92101-2607
cr              +Citibank, N.A.,    JP Morgan Chase Bank, NA,    Attn: Correspondence Mail,    Mail Code LA4-5555,
                  700 Kansas Lane,    Monroe, LA 71203-4774
cr              +Citibank, N.A.,    c/o McCarthy & Holthus, LLP,    1770 4th Ave,    San Diego, CA 92101-2607
21586233        +Citibank N A,    PO Box 6282,    Sioux Falls SD 57117-6282
21609546         Navient Solutions, Inc. obo ECMC,    Educational Credit Management Corporatio,    P.O. Box 16408,
                  St. Paul, MN 55116-0408
21586236       ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
                 (address filed with court: US Dept of Education,    50 Beale Street Suite 900,
                  San Francisco CA 94105-1863)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +E-mail/Text: bnc@jpj13trustee.com Nov 22 2016 03:22:37     Jan P. Johnson,    PO Box 1708,
                  Sacramento, CA 95812-1708
ust             +E-mail/Text: ustpregion17.sc.ecf@usdoj.gov Nov 22 2016 03:22:16      Office of the U.S. Trustee,
                  Robert T Matsui United States Courthouse,    501 I Street, Room 7-500,
                  Sacramento, CA 95814-7304
21586235         E-mail/PDF: pa_dc_claims@navient.com Nov 22 2016 03:16:23      Sallie Mae,    PO Box 9500,
                  Wilkes Barre PA 18773-9500
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21586234       ##+Quality Loan Service Corp,    2141 5th Ave,    San Diego CA 92101-2101
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2016                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2016 at the address(es) listed below:
NONE.                                                                                                           TOTAL: 0

Case 15-26955   Filed 11/21/16   Doc 31

FORM L160 Notice of Filing Trustee's Final Report and Account and of Order Fixing Deadline for Objection Thereto  (v.3.15)   15–26955 – B – 13J

**UNITED STATES BANKRUPTCY COURT**
Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



**NOTICE OF FILING TRUSTEE'S FINAL REPORT AND ACCOUNT
AND OF ORDER FIXING DEADLINE FOR OBJECTING THERETO**

**Case Number:**   15–26955 – B – 13J

**Debtor Name(s) and Address(es):**

Leamon King Jr.
 5345 48th Street
Sacramento, CA 95820

**OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:**
 Leamon King

**Office of the United States Trustee:**

    For cases in the Sacramento Division and Modesto Division:   501 I Street, Room 7–500, Sacramento, CA 95814
    For cases in the Fresno Division:   2500 Tulare Street, Suite 1401, Fresno, CA 93721

   **NOTICE IS HEREBY GIVEN THAT**  the trustee in the above referenced case has filed a Trustee's Final Report and Account. The Trustee's Final Report and Account is available for inspection in the Office of the Clerk at the address shown above.

**IT IS ORDERED AND YOU ARE FURTHER NOTIFIED THAT**  any person wishing to object to the Trustee's Final Report and Account must file a written objection within 33 days of the date of this Notice. The objection shall state with particularity the grounds therefor and shall be accompanied by a notice of hearing with the date and time filled in. Self set calendar procedures and available hearing dates are posted under Court Calendars on the Court's web site (www.caeb.uscourts.gov).

The objection, notice of hearing, and any supporting documents shall be served by the objecting party upon the trustee, the trustee's attorney, if any, and unless filed by the United States Trustee, on the Office of the United States Trustee on or before the date of filing with the Clerk. Proof of service of the objection, notice of hearing and any supporting documents shall be filed concurrently with such pleadings, or not more than three days after they are filed.

If no objections are filed, no hearing will be calendared and the Trustee's Final Report and Account will be approved.

Dated:
11/21/16

For the Court,
Wayne Blackwelder , Clerk